AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2004

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting  (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DeMoss, Jr., Harold R. | U.S. Court of Appeals-5th Cir. | 04/22/2005 |

| 4. Title  (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Judge, Active | 5. Report Type (check type)  ___ Nomination, Date ___/___/___  ___ Initial   X Annual   ___ Final | 6. Reporting Period 01/01/2004 to 12/31/2004 |
|---|---|---|

| 7. Chambers or Office Address  U.S. Courthouse  515 Rusk, Suite 12015  Houston, Texas  77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, I is in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____  Date _____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS   (Reporting individual only; see pp. 9-13 of Instructions.)

|  | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
|  | NONE (No reportable positions.) | |
| 1 | Managing Partner | DeMoss Family Partnership, Houston, Texas |
| 2 | | |
| 3 | | |

RECEIVED 2005 APR 26 A 11: 45 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS   (Reporting individual only; see pp. 14-16 of Instructions.)

|  | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME   (Reporting individual and spouse; see pp. 17-24 of Instructions.)

|  | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
|  | NONE (No reportable non-investment income.) | | |
| 1 | 2004 | Taxable IRA distribution from Legg-Mason | $60,000.00 |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| NONE (No such reportable reimbursements.) | | |
| 1 | Law & Economics Ctr-GEO MASON SCH OF LAW | Colloquium "Tocqueville's Democracy in America" |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] NONE (No such reportable gifts.) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp. 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] NONE (No reportable liabilities.) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
0= 500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2= 5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4= $50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS— Income, value, transactions   (Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date; Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 LEGG-MASON Trustee for IRA Roll-over-See assets below: | E | Dividend | | | | | | | |
| 2 LEGG-MASON IRA-AIM CHARTER | A | Dividend | K | T | | | | | |
| 3 LEGG-MASON IRA-AIM PREMIER EQUITY | A | Dividend | K | T | | | | | |
| 4 LEGG-MASON AIM INTERMEDIATE GOVT. | B | Dividend | L | T | | | | | |
| 5 LEGG-MASON IRA- SCUDDER CAP GROWTH | A | Dividend | K | T | | | | | |
| 6 LEGG-MASON IRA-SCUDDER INCOME "A" | C | Dividend | L | T | | | | | |
| 7 LEGG-MASON IRA SCUDDER USGOVT SEC | B | Dividend | L | T | | | | | |
| 8 LEGG-MASON SCUDDER HIGH INCOME A | D | Dividend | L | T | | | | | |
| 9 E -MASON IRA-SCUDDER DR MAN HIGH RETURN | B | Dividend | L | T | | | | | |
| 10 LEGG-MASON COHEN & STEERS QUALITY INCOME | D | Dividend | M | T | | | | | |
| 11 LEGG-MASON COMMERCIAL NET LEASE | B | Dividend | K | T | | | | | |
| 12 Northern Trust Co. | A | Interest | J | T | | | | | |
| 13 Wells Fargo Bank | A | Interest | J | T | | | | | |
| 14 Sowell 693, Ltd. | D | Royalty | J | T | | | | | |
| 15 DeMoss Family Partnership | A | Interest | J | T | | | | | |
| 16 Sunoco, Inc. | A | Royalty | J | T | | | | | |
| 17 Dev n Enge gy Operating Co. | A | Royalty | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F $50,001 100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001- 100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001 $50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col C2)    U=Book Value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| DeMoss, Jr., Harold R. | 04/22/2005 |

## VII. Page 2 INVESTMENTS and TRUSTS– income, value, transactions   *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Anadarko Petroleum | B | Royalty | J | T | | | | | |
| 19 Prudential Ins. of America | A | Interest | J | T | | | | | |
| 20 Bank of Texas | A | Interest | J | T | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4)   F $50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes:   J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| (Col. C1, D3)   O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| (Col. C2)   U=Book Value | V=Other | W=Estimated | | |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>DeMoss, Jr., Harold R. | Date of Report<br>04/22/2005 |
| --- | --- | --- |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.



Signature _____   4/22/05

Note:        Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544